# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-02299-MSK-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: April 21, 2010 | Courtroom Deputy: Linda Kahoe |

THOMAS HOWELL,                                    *Pro se* (via phone)

    Plaintiff,

    v.

CENTRIC GROUP, LLC,                      Rachel Laine Carnaggio

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session:**     **10:08 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the Motion for Summary Judgment, doc #[18], and the Amended Motion for Summary Judgment, doc #[21]. Ms. Howell states the amendment clarifies a new relevant fact.

The court advises Mr. Howell of the procedure for written depositions.

Discussion regarding court reporter fees and the court's subpoena powers.

Discussion regarding responses to interrogatories.

For the reasons as stated on the record, it is:

**ORDERED:**   Defendant is required to serve a response to Interrogatory #6 to the extent that Mr. Howell is requesting proof or documentation of the statement as to how long Centric Group has been selling Anise Oil.

**ORDERED:**   Plaintiff is allowed to serve 10 Requests for Production under Rule 34.

Discussion regarding Defendant's Motion for Leave to Take the Deposition of Plaintiff Thomas Howell, doc #[31]. Mr. Howell states no objection.

**ORDERED:** Defendant's Motion for Leave to Take the Deposition of Plaintiff Thomas Howell, doc #[31] is **GRANTED**.

Discussion regarding Defendant's Motion for Extension of Time to Conduct Discovery, doc #[32]; Plaintiff's Motion for Extension of Time After the Facts, Persuant [sic] to Fed.R.Civ.P.6(b) to Complete Discovery, doc #[43]; and Plaintiff's Motion for Extension of Time to Obtain Written Depositions, doc #[44].

On the court's own initiative, it is:

**ORDERED:** The Discovery Cutoff is extended to **JUNE 7, 2010.**

Therefore, it is:

**ORDERED:** Defendant's Motion for Extension of Time to Conduct Discovery, doc #[32], is **DENIED AS MOOT**.

**ORDERED:** Plaintiff's Motion for Extension of Time After the Facts, Persuant [sic] to Fed.R.Civ.P.6(b) to Complete Discovery, doc #[43], is **DENIED AS MOOT**.

**ORDERED:** Plaintiff's Motion for Extension of Time to Obtain Written Depositions, doc #[44], is **DENIED AS MOOT**.

Discussion regarding Plaintiff's Amended Motion to Compel, doc #[36]. In light of the court's ruling extending the discovery deadline, it is:

**ORDERED:** Plaintiff's Amended Motion to Compel, doc #[36] is **DENIED AS MOOT**.

Discussion regarding Defendant's First Designation of Non-Parties, doc #[16], filed 12/18/2009. The court advises Mr. Howell that if he feels the Designation is improper, he must file a Motion to Strike.

Discussion regarding setting a new deadline for filing dispositive motions.

**ORDERED:** Plaintiff may file a Motion for Summary Judgment no later than **JULY 19, 2010.**

Discussion regarding Judge Krieger's procedures. The court requests that the courtroom deputy send a copy of Judge Krieger's Practice Standards to Mr. Howell.

HEARING CONCLUDED.
**Court in recess:**       **10:57 a.m.**
Total time in court:    00:49

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.