# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:** 09-cv-02299-MSK-CBS | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:** August 4, 2010 | **Courtroom Deputy:** Linda Kahoe |

THOMAS HOWELL,  *Pro se (via phone)*

    Plaintiff,

    v.

CENTRIC GROUP, LLC,  James Andrew Johnson

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** STATUS CONFERENCE
**Court in session:** 10:47 a.m.
Court calls case. Appearance of counsel. *Mr. Howell is pro se and appearing via phone.*

Discussion regarding Mr. Howell's additional 10 requests for production.

Discussion regarding Motion for Leave to File an Amended Complaint, doc #[56], filed 6/22/2010.

**ORDERED:** The Motion for Leave to File an Amended Complaint, doc #[56] is **GRANTED**. An Amended Complaint shall be filed on or before **AUGUST 11, 2010.**

Discussion regarding Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment, doc #[59], filed 7/9/2010.

**ORDERED:** Plaintiff's Motion for Extension of Time to File Motion for Summary Judgment, doc #[59] is **DENIED AS MOOT**.

Discussion regarding Motion for an Order Compelling Discovery, doc #[60], filed 7/9/2010.

**ORDERED:** Motion for an Order Compelling Discovery, doc #[60] is **DENIED**. By **5:00 p.m. on Friday, AUGUST 6, 2010**, Centric Group is **REQUIRED** to produce to Mr. Howell the MSDS sheet that he is asking for, or a statement explaining the circumstances under which Centric Group does not have the MSDS sheet. Centric Group shall produce a copy of the insurance policy as soon as the certified copy is available..

Discussion regarding Amended Motion for Extension of Time to File Plaintiff's Motion for Summary Judgment, doc #[66], filed 7/29/2010.

**ORDERED:** The Amended Motion for Extension of Time to File Plaintiff's Motion for Summary Judgment, doc #[66], is **GRANTED**. The deadline for filing dispositive motions is extended to **SEPTEMBER 4, 2010.** The court *will not* extend this deadline any further.

Mr. Johnson makes an oral motion to withdraw, without prejudice, the Motion for Summary Judgment, doc #[18], and the Amended Motion for Summary Judgment, doc #[21]. Mr. Howell states no objection.

**ORDERED:** Centric's oral motion to withdraw, without prejudice, the Motion for Summary Judgment, doc #[18], and the Amended Motion for Summary Judgment, doc #[21] is **GRANTED**. The Motion for Summary Judgment, doc #[18], and the Amended Motion for Summary Judgment, doc #[21] are deemed **WITHDRAWN WITH LEAVE TO REFILE** on or before **SEPTEMBER 4, 2010.**

Discussion regarding Plaintiff Requests for Court to Rule on the MSDS's Admissibility and That the MSDS's Be an Exception to the Hearsay Rule and Be Considered as Business Records, doc #[67], filed 7/29/2010

**ORDERED:** Plaintiff's Request for Court to Rule on the MSDS's Admissibility and That the MSDS's Be an Exception to the Hearsay Rule and Be Considered as Business Records, doc #[67], is **DENIED WITHOUT PREJUDICE**. The request is premature.

Mr. Howell confirms that he will not be needing any experts.

Discussion regarding settlement.

HEARING CONCLUDED.

**Court in recess:** **11:13 a.m.**
Total time in court:   00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.