FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 7 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02299-MSK-CBS

THOMAS HOWELL,
    Plaintiff,
v.

CENTRIC GROUP, LLC, and
SCENTOILS.COM, INC.,
    Defendants.

---

ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Second Amended Complaint (doc. # 76). Pursuant to the Order of Reference dated October 22, 2009 (doc. # 8), this case was referred to the Magistrate Judge. Plaintiff is currently incarcerated. It is now

    ORDERED that, if appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from the Defendants. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

    FURTHER ORDERED that after service of process, Defendants shall respond to the Second Amended Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 13th day of August, 2010.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02299-MSK-CBS

Thomas Howell
Doc No. 58902
AVCF
P.O. Box 1000
Crowley, CO 81034

US Marshal Service
Service Clerk
Service forms for: Centric Group, LLC and Scentoils.Com.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Centric Group, LLC and Scentoils.Com: SECOND AMENDED COMPLAINT FILED 08/12/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 8/17/10.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk