IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02299-MSK-CBS

THOMAS HOWELL,
    Plaintiff,
v.

CENTRIC GROUP, LLC, and
SCENTOILS.COM, INC.,
    Defendants.

## ORDER

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff Mr. Howell's: (1) "Motion for Leave to Proceed In Forma Pauperis . . . " (doc. # 73); (2) "Motion for Service of Summons and Complaint" (doc. # 74); and (3) ". . . Motion for Waiver of Service of Process Fees" (doc. # 75) (all filed on August 12, 2010). Pursuant to the Order of Reference dated October 22, 2009 (doc. # 8) and the memorandum dated August 12, 2010 (doc. # 77), these matters were referred to the Magistrate Judge. The court has reviewed the matters and the entire case file and is sufficiently advised in the premises.

To the extent that Mr. Howell seeks to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, this request is moot as he has already paid the filing fee. (*See* Receipt (doc. # 1-4)). To the extent that Mr. Howell seeks to have the United States Marshal Service serve process and a waiver of service of process fees, his requests are moot in light of the separate Order already issued by the court directing service by the U.S. Marshal. (*See* doc. # 78).

Accordingly, IT IS ORDERED that:

1.    Mr. Howell's "Motion for Leave to Proceed In Forma Pauperis . . . " (filed August 12, 2010) (doc. # 73) is DENIED as unnecessary and moot.

2.    Mr. Howell's "Motion for Service of Summons and Complaint" (filed August

1

12, 2010) (doc. # 74) is DENIED as unnecessary and moot.

      3.     Mr. Howell's ". . . Motion for Waiver of Service of Process Fees" (filed August 12, 2010) (doc. # 75) is DENIED as unnecessary and moot.

DATED at Denver, Colorado, this 17th day of August, 2010.

BY THE COURT:

s/Craig B. Shaffer  
United States Magistrate Judge