**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

Civil Action No.:  **09-cv-02299-MSK-CBS**          *FTR* - Reporter Deck - Courtroom A402
Date:  **August 5, 2011**                          **Courtroom Deputy:**  Linda Kahoe

THOMAS HOWELL,                                     *Pro se*  (via phone)

      Plaintiff,

      v.

CENTRIC GROUP, LLC,                               Julie Nicole Richards (via phone)
SCENTOILS.COM, INC.,                              Douglas W. Poling

      Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTION HEARING**
**Court in session:        9:57 a.m.**
Court calls case.  Appearances of counsel.  Plaintiff appears *pro se.*

Discussion regarding Plaintiff's Motion for an Order Compelling Discovery, doc #[116], filed 6/22/2011.

**ORDERED:**   Plaintiff's Motion for an Order Compelling Discovery, doc #[116] is **DENIED AS MOOT.**

Discussion regarding Plaintiff's Motion for Extension of Time to File Dispositive Motions, doc #[121], filed 7/22/2011.

**ORDERED:**   Plaintiff's Motion for Extension of Time to File Dispositive Motions, doc #[121] is **GRANTED**.  Plaintiff shall file a Response to Scentoils.com, Inc.'s Motion for Summary Judgment, doc #[120] **WITHIN 30 DAYS FROM TODAY'S DATE**.

      Plaintiff may file a Motion for Summary Judgment **WITHIN 30 DAYS OF TODAY'S DATE.**

      **NO FURTHER EXTENSIONS WILL BE GRANTED**.

HEARING CONCLUDED.
**Court in recess**:        **10:10 a.m.**
Total time in court:     00:13